December 1, 2022

The Honorable Kenneth D. Bell
United States District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Dear Judge Bell,

We are writing on behalf of our grandson, Vincent. We are his paternal grandparents, Anthony and Lucinda DeRitis. We have known Vincent since the day he was born.

Vincent has always been a respectful child and has over the years been very helpful around our house, helping gramps with repairs and as we got older, he would offer to do knowing we weren't physically able to complete tasks.

Yes, we do feel Vincent would be a productive member of society if given the chance. In high school he was member of the Junior National Honor Society. His art was among classmates on display for outstanding work. He was on the high school swim team. While working at Lowe's, he volunteered several times with Habitat for Humanity. After high school, he enrolled in our local community college and had to bike back and forth to school, which was approximately sixteen miles, crossing a bridge, through traffic, and during the rainy season we have down here, but he was so happy about his studies and his sense of accomplishment. He worked at a local Italian restaurant after school, washing dishes and bussing tables. He saved and paid for his own schooling.

Vincent and his sister did not have an easy childhood because of his father's drinking. I guess our son, Paul, was what you would call a functional alcoholic. He rarely missed work, and Vincent saw this – the employment. His parents divorced, then, 10 years ago, his father died, he drowned.

We feel also that at an early age Vincent showed a gift for mathematics and had such a way of explaining it to make it easier for his sister and his half-brother, who is autistic.

As Vincent got older, he was very much aware of having a good credit score, we attribute this to his parents struggle with funds.

After Hurricane Ian, Vincent asked his sister to tell us not to send funds monthly; as usual, he was thinking of us, not himself.

We cannot fathom this turn of events in Vincent's life after struggling against the odds to build a good future for himself. We are, as they say, "Old School," – do not sully the family name. Needless to say, this has been and is a horrendous experience for all who love and care about Vincent.

We love Vincent, we will not turn our backs on him – ever, we will continue to pray ceaselessly, knowing that he will continue to make amends.

We certainly do not take this matter lightly, and we appreciate any consideration you may give Vincent.

Respectfully yours,

Lucinda K. DeRitis      Anthony A. J. DeRitis

11640 Oakdale Drive

Fort Myers, FL 33908

(239) 470—2414