Tabitha Smith
6096 Beechnut Drive
West Bend, Wi 53090
262-353-6866
tabitha.marie622@gmail.com

9th November 2022

The Honorable Kenneth D. Bell
United States District Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Dear Judge Bell,

    My name is Tabitha Smith, a stay at home mom, and sister to Vincent DeRitis. I have known him our whole life, and we were once inseparable as children sharing many birthdays, and life experiences. He was my closest childhood friend, and helped me through many trials. We were born to teen parents who struggled with mental health and addiction. Sadly, our fathers addiction took his life in 2012. At times, as children, we only had each other to depend on.

    I am writing this letter to vouch for Vincent's character. He is kind, helpful and willing to help when asked, and is able to learn lessons. He keeps in contact with our elderly grandparents, and was always willing to help them when they needed it. He was a productive member of society showing up to work, and working hard to get promotions. He also is a college graduate and enjoys learning. This offense that he has been convicted of has been shocking to us. We have noticed since his arrest he has felt remorse and has found faith in God.

Thank you Judge Bell for taking the time to read this letter.

Sincerely,

*Tabitha Smith*